| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br><br>   AMAURY GONZALEZ |



Order Filed on May 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-16096VFP

Hearing Date:  5/16/2019

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 23, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.: 19-16096VFP

Caption of Order: INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 05/16/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $588.00 by 5/31/2019 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/18/2019 at 8:30 a.m..