Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16096−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amaury Gonzalez
    2008 Kennedy Boulevard
    Union City, NJ 07087

Social Security No.:
    xxx−xx−1139

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/10/2019 and a confirmation hearing on such Plan has been scheduled for 5/16/2019.

The debtor filed a Modified Plan on 7/18/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/15/2019. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: July 18, 2019
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Amaury Gonzalez  
    Debtor

Case No. 19-16096-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 18, 2019  
                     Form ID: 186    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
```
db             +Amaury Gonzalez,    2008 Kennedy Boulevard,    Union City, NJ 07087-2028
518143168      +Specialized Loan Servicing,    PO Box 105219,    Atlanta, GA 30348-5219
518286444      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2019 22:49:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2019 22:49:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 22:57:02
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518271493      +E-mail/Text: bncmail@w-legal.com Jul 18 2019 22:49:20     CarePoint Health - Physican GSHA,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518143165      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2019 22:56:10     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518143166      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 22:57:19     Credit One Bank,
                 C/O LVNV Funding,    PO Box 1269,    Greenville, SC 29602-1269
518143167      +E-mail/Text: ering@cbhv.com Jul 18 2019 22:49:05     Garden State Anesthesia Service,
                 C/O Collection Bureau of the,    Hudson Valley,    155 N Plank Rd,    Newburgh, NY 12550-1748
518170923       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 22:56:19     LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518285599       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 22:56:18     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518147570      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 22:55:58     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
```
              Andrew G. Greenberg    on behalf of Debtor Amaury  Gonzalez a.greenberglawfirm@verizon.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank
               National Association, as Trustee, et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle
               Bank National Association, as Trustee, et al rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```