# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  19−16096−VFP
                                        Chapter:  13
                                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amaury Gonzalez
   2008 Kennedy Boulevard
   Union City, NJ 07087

Social Security No.:
   xxx−xx−1139

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/31/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 31, 2019
JAN: jf

                                                                                           Jeanne Naughton
                                                                                           Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey
In re:                                                             Case No. 19-16096-VFP
Amaury Gonzalez                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Jul 31, 2019
                               Form ID: 148             Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
db             +Amaury Gonzalez,    2008 Kennedy Boulevard,    Union City, NJ 07087-2028
518143168      +Specialized Loan Servicing,    PO Box 105219,    Atlanta, GA 30348-5219
518286444      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 01 2019 03:53:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518271493      +E-mail/Text: bncmail@w-legal.com Aug 01 2019 00:40:52      CarePoint Health - Physican GSHA,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518143165      +EDI: RCSFNBMARIN.COM Aug 01 2019 03:53:00      Credit One Bank,   PO Box 98875,
                 Las Vegas, NV 89193-8875
518143166      +EDI: RESURGENT.COM Aug 01 2019 03:53:00      Credit One Bank,   C/O LVNV Funding,   PO Box 1269,
                 Greenville, SC 29602-1269
518143167      +E-mail/Text: ering@cbhv.com Aug 01 2019 00:40:23      Garden State Anesthesia Service,
                 C/O Collection Bureau of the,    Hudson Valley,   155 N Plank Rd,    Newburgh, NY 12550-1748
518170923       EDI: RESURGENT.COM Aug 01 2019 03:53:00      LVNV Funding LLC,   PO Box 10587,
                 Greenville, SC 29603-0587
518285599       EDI: RESURGENT.COM Aug 01 2019 03:53:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
                 PO BOX 10587,    Greenville, SC 29603-0587
518147570      +EDI: RMSC.COM Aug 01 2019 03:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Andrew G. Greenberg    on behalf of Debtor Amaury  Gonzalez a.greenberglawfirm@verizon.net
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, Successor
               in interest to Bank of America, National Association as Successor by Merger to LaSalle Bank
               National Association, as Trustee, et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               Successor in interest to Bank of America, National Association as Successor by Merger to LaSalle
               Bank National Association, as Trustee, et al rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```